IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

AERSALE, INC.,

    Plaintiff,

v.                                        Civ. No. 2:22-cv-00218 MIS/KRS

THE CITY OF ROSWELL,

    Defendant.

## ORDER DENYING TEMPORARY RESTRAINING ORDER

THIS MATTER is before the Court on Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction ("TRO Application"), filed today, March 25, 2022. ECF No. 2. Defendant had no opportunity to respond but received notice of the filing. *Id.* at 14. The Court held a hearing on the TRO Application on March 25, 2022, at 6:30 p.m. ECF No. 10.

As stated on the record and as conceded by Plaintiff's witness, there is no evidence that irreparable harm will ensue if a TRO is not issued this week. The Court strongly encourages the parties to continue to work toward a resolution.

If Plaintiff files a motion for a preliminary injunction by Monday, March 28, 2022, the Court will set a hearing on Friday, April 1, 2022. At that time, counsel will be expected to articulate what attempts have been made to resolve the dispute.

**IT IS THEREFORE ORDERED** that Plaintiff's TRO Application, ECF No. 2, is **DENIED**.

**MARGARET STRICKLAND**
UNITED STATES DISTRICT JUDGE