IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

AERSALE, INC.,
a Delaware Corporation,

    Plaintiff,

v.                                No.    2:22-cv-00218-MIS-KRS

THE CITY OF ROSWELL, NEW MEXICO,
a New Mexico Municipal Corporation,
STEPHEN CHRISTOPHER, and
SCOTT STARK,

    Defendants.

**STIPULATED ORDER GRANTING PLAINTIFF'S
MOTION TO AMEND COMPLAINT**

THIS MATTER comes before the Court upon the Plaintiff's Motion to Amend and Supplement its First Amended Complaint by Filing a Second Amended Complaint [Doc. 29] ("Motion") and Defendant's Notice of Consent to Plaintiff's Motion to Amend and Supplement its First Amended Complaint by Filing a Second Amended Complaint [Doc. 33]. The Court, being fully advised in the premises, finds that the Motion is well-taken and should be granted.

IT IS THEREFORE ADJUDICATED AND DECREED THAT:

(a) The Court grants Plaintiff Aersale, Inc. leave to file its Second Amended Complaint;

(b) Defendant Roswell shall have seventeen (17) days to file its answer to the Second Amended Complaint, measured from Plaintiff's service of the Second Amended Complaint on Roswell; and

(c) Defendant Stephen Christopher and Defendant Scott Stark will have the time to answer provided in the Federal Rules of Civil Procedure.

SO ORDERED.

_____
**MARGARET STRICKLAND**
UNITED STATES DISTRICT JUDGE

Submitted by:

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

By: *Charles R. Hughson*
      Charles R. Hughson
      Post Office Box 1888
Albuquerque, New Mexico 87103
Phone:  (505) 765-5900
chughson@rodey.com
*Attorneys for Plaintiff*

Approved:

MOSES, DUNN, FARMER & TUTHILL, P.C

By: *Approved by email on 2.21.23*
      Kendrick Winsor Dane
P.O. Box 27047
Albuquerque, NM 87125
Phone:  (505) 843-9440
kendrick@moseslaw.com
*Attorneys for Defendant*